UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FIDEL LEON ODIMARA,<br><br>          Petitioner,<br>    v.<br><br>ALEJANDRO MAYORKAS,<br><br>          Respondent. | CASE NO. 2:24-cv-00572-JHC-GJL<br><br>ORDER SUBSTITUTING RESPONDENT, FILING OF THE RETURN AND STATUS REPORT, § 2241 PETITION |

Petitioner Fidel Leon Odimara, who is proceeding *pro se*, has filed a 28 U.S.C. § 2241 immigration habeas Petition. Dkt. 3. Having reviewed the Petition, the Court **ORDERS** the following:

    (1)    <u>Substitution of Respondent</u>

Petitioner has named Alejandro Mayorkas as Respondent for this action. However, the proper respondent for § 2241 petitions is "the person who has custody over [the petitioner]," not the United States Secretary of Homeland Security. *See Rumsfeld v. Padilla*, 542 U.S. 426, 434–35 (2004) (citing 28 U.S.C. §§ 2242, 2243). Petitioner represents that he is currently detained at the Northwest ICE Processing Center (*see* Dkt. 3), so the proper respondent for this action is

Drew Bostock, the Field Office Director in charge of that facility. Accordingly, the Clerk of Court is directed to substitute Field Office Director Drew Bostock as the Respondent in this action. The Clerk is also directed to update the case title.

  (2) <u>Service</u>

  If not previously accomplished, electronic posting of this Order and Petitioner's § 2241 habeas petition shall effect service upon the United States Attorney of the Petition and all supporting documents. Service upon the United States Attorney is deemed to be service upon the named Respondents.

  (3) <u>Return</u>

  **Within 30 days of the date this Order is posted**, Respondent shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As a part of such return, Respondent shall submit a memorandum of authorities in support of their position and should state whether an evidentiary hearing is necessary. Respondent must also address whether this Court has jurisdiction to address each claim raised in the Petition.

  Respondent shall file the return with the Clerk of the Court and shall serve a copy upon Petitioner. The return will be treated in accordance with LCR 7. Accordingly, on the face of the Return, Respondent shall note it for consideration on the first business day occurring 28 days after it is filed, and the Clerk shall note the Return accordingly. Petitioner may file and serve a response not later than 21 days after the Return is filed and served, and Respondent may file and serve a reply brief not later than the business day designated for consideration of the matter.

//

//

ORDER SUBSTITUTING RESPONDENT, FILING
OF THE RETURN AND STATUS REPORT, § 2241
PETITION - 2

(4) <u>Change in Custody Status</u>

If Petitioner's custody status changes at any point during this litigation, **Respondent shall file a status update with the Court as soon as possible and no later than 14 days after the change.**

The Clerk is directed to send copies of this Order to Petitioner and to the Honorable John H. Chun.

Dated this 30th day of April, 2024.

Grady J. Leupold
United States Magistrate Judge