UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FIDEL LEON ODIMARA,

                Petitioner,

    v.

DREW BOSTOCK,

                Respondent.

CASE NO. 2:24-cv-00572-JHC-GJL

ORDER ADOPTING REPORT AND RECOMMENDATION

       The Court, having reviewed the Report and Recommendation (R&R) of Magistrate Judge Grady J. Leupold, Dkt. # 10, the objections to the Report and Recommendation, Dkt. # 11, and Respondent's response to the objection, Dkt. # 12, and the remaining record, does hereby ORDER:

    (1)    The Court adopts the Report and Recommendation. Petitioner does not dispute that he did not appeal the IJ's decision regarding his ineligibility for an individualized bond hearing. And the Court agrees with the R&R and Respondent that it should not waive prudential exhaustion in this matter.

    (2)    Petitioner's federal habeas Petition is DISMISSED for failure to exhaust.

    (3)    The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. Grady J. Leupold.

/
/
/
/

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1
2      **DATED** this 19th day of August, 2024.
3
                                         _____
                                         JOHN H. CHUN
4                                        United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ORDER ADOPTING REPORT AND RECOMMENDATION - 2